1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8

9 HAROLD E. MONTAGUE,

10     Petitioner,                     Case No. 3:17-cv-00648-RCJ-WGC

11 vs.                                   **ORDER**

12 MS. BAKER, et al.,

13     Respondents.

14

15        Petitioner has submitted an application to proceed in forma pauperis (ECF No. 1) and a

16 petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court finds that petitioner

17 receives sufficient, frequent deposits to pay the full filing fee of five dollars ($5.00).

18        IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (ECF No.

19 1) is **DENIED**. Petitioner shall have thirty (30) days from the date that this order is entered to have

20 the filing fee of five dollars ($5.00) sent to the clerk of the court. Failure to comply will result in the

21 dismissal of this action.

22        IT IS FURTHER ORDERED that the clerk of the court shall send petitioner two copies of

23 this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order

24 attached to the check paying the filing fee.

25        DATED: November 20, 2017.

26

27 _____

         ROBERT C. JONES

28         United States District Judge