Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Megan C. Hoffman
Assistant Federal Public Defender
Nevada State Bar No. 9835
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
megan_hoffman@fd.org

Attorney for Petitioner Harold E. Montague

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Harold E. Montague,<br><br>    Petitioner,<br><br>v.<br><br>Ms. Baker, et al.,<br><br>    Respondents. | Case No. 3:17-cv-00648-RCJ-WGC<br><br>**Unopposed Motion for Extension of Time to File an Amended Petition for Writ of Habeas Corpus**<br><br>(First Request) |

Petitioner Harold E. Montague moves this Court for entry of an Order extending the time in which he must file an Amended Petition by 35 days, from August 8, 2018 to September 14, 2018.

### POINTS AND AUTHORITIES

1. In 2014, Montague pleaded guilty to one count of first degree murder with use of a deadly weapon, one count attempt murder with use of a deadly weapon, two counts attempt murder with use of deadly weapon, and one count battery on an officer. Montague was sentenced to a total of life without parole, plus multiple consecutive terms of 20 years with minimum parole eligibility of 8 years.

2. This is Montague's first request for an extension.

3. Counsel is undergoing review of Montague's available records, and has met with him in person at Lovelock Correctional Center. As part of the record review, it appears Montague has remaining AEDPA time until on or about September 17, 2018.

4. Counsel requires additional time to complete the amended petition in this matter. There are extensive medical records to review in Montague's file. In addition, counsel has extensive administrative duties, including reviewing and assigning all new cases (including staff assignments). She is responsible for organizing CLEs for the state and federal panel habeas/appeals attorneys. Counsel is first or second chair on dozens of cases and has been training new attorneys by reviewing their cases and pleadings with them. And she sits as a board member on the Nevada Board of Continuing Legal Education. In addition, counsel was out of the office for previously-scheduled leave, CLEs, or client visits June 22, 2018, June 27-9, 2018, July 4-5, 2018, July 11-3, July 27-30, and August 9, 2018.

5. The requested extension of time is necessary to effectively and thoroughly represent Montague. This motion is not filed for the purposes of delay, but in the interests of justice, as well as the interests of Montague.

6. On August 10, 2018, counsel exchanged e-mails with Deputy Attorney General Sheryl Serreze, counsel for the warden, who does not object to this request with the understanding that her lack of objection is not a waiver of any available defenses.

7. For the reasons above, as well as the record in this case, undersigned counsel asks this Court to grant this request for an extension of time and enter an order.

Dated August 10, 2018.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Megan C. Hoffman*
MEGAN C. HOFFMAN
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: _August 10, 2018_____

3

# CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Sheryl Serreze.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Harold E. Montague
No. 1125410
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419

                                           */s/ Jessica Pillsbury*
                                           An Employee of the
                                           Federal Public Defender