UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD E. MONTAGUE,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>MS. BAKER, et al.,<br><br>　　　　　　　　Respondents. | Case No. 3:17-cv-00648-RCJ-WGC<br><br>**ORDER** |

Petitioner has filed a motion for leave to file exhibits under seal (ECF No. 18). The court agrees that exhibits 23 and 24 contain sensitive and confidential information. The court grants this motion.

Petitioner also has filed a motion to withdraw and request for the appointment of conflict-free counsel (ECF No. 20), having found that counsel has a conflict of interest. The court grants the motion.

IT THEREFORE IS ORDERED that petitioner's motion for leave to file exhibits under seal (ECF No. 18) is **GRANTED**.

IT FURTHER IS ORDERED that petitioner's motion to withdraw and request for the appointment of conflict-free counsel (ECF No. 20) is **GRANTED**. The representation of petitioner by the Federal Public Defender is **TERMINATED**.

///

IT FURTHER IS ORDERED that the clerk of the court shall forward a copy of this order to the CJA Coordinator, who shall locate substitute counsel for petitioner.

DATED: November 8, 2018.

_____
ROBERT C. JONES
United States District Judge