# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD E. MONTAGUE, | Case No. 3:17-cv-00648-RCJ-WGC |
| Petitioner, | **ORDER** |
| v. | |
| MS. BAKER, et al., | |
| Respondents. | |

The court permitted the Federal Public Defender to withdraw from representation of petitioner. ECF No. 21. The court has located replacement counsel.

IT IS THEREFORE ORDERED that Mark Eibert, P.O. Box 1126, Half Moon Bay, CA 94019, is appointed as counsel for petitioner for all further proceedings.

IT IS FURTHER ORDERED that petitioner shall have sixty (60) days from the date of entry of this order to file an amended petition for a writ of habeas corpus.

Dated this 14th day of January, 2019.

_____
ROBERT C. JONES
United States District Judge