# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD E. MONTAGUE,<br><br>    Petitioner,<br><br>    v.<br><br>MS. BAKER, et al.,<br><br>    Respondents. | Case No. 3:17-cv-00648-RCJ-WGC<br><br>**ORDER** |

Petitioner having filed a first, unopposed motion for extension of time (ECF No. 23), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's first, unopposed motion for extension of time (ECF No. 23) is **GRANTED**. Petitioner will have through May 14, 2019, to file an amended petition for a writ of habeas corpus.

DATED: April 3, 2019.

 ROBERT C. JONES
 United States District Judge

1