# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD E. MONTAGUE,<br><br>   Petitioner,<br><br> v.<br><br>MS. BAKER, et al.,<br><br>   Respondents. | Case No. 3:17-cv-00648-RCJ-WGC<br><br>**ORDER** |

  Respondents having filed a motion for enlargement of time (first request) (ECF No. 33), and good cause appearing;

  IT THEREFORE IS ORDERED that respondent's motion for enlargement of time (first request) (ECF No. 33) is **GRANTED**. Respondents will have up to and including December 9, 2019, to file and serve a response to the second amended petition (ECF No. 26).

  DATED: October 29, 2019.

                  _____
                  ROBERT C. JONES
                  United States District Judge