# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD E. MONTAGUE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MS. BAKER, et al.,<br><br>　　　　　Respondents. | Case No. 3:17-cv-00648-RCJ-WGC<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 35), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 35) is **GRANTED**.

DATED: January 30, 2020.

ROBERT C. JONES
United States District Judge