# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD E. MONTAGUE, | Case No. 3:17-cv-00648-RCJ-WGC |
| Petitioner, | **ORDER** |
| v. | |
| MS. BAKER, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (ECF No. 42), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (ECF No. 42) is **GRANTED**. Petitioner will have up to and including April 3, 2020, to file a reply to the answer (ECF No. 36).

DATED: March 2, 2020.

_____
ROBERT C. JONES
United States District Judge